**Opinion issued April 30, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

### NO. 01-25-00606-CV

————————————

**ZOE GREEN-COLLETTE, FNP, Appellant**

**V.**

**ELOISA LERMA AND ERNESTO DOMINGUEZ, INDIVIDUALLY AND FOR THE ESTATE OF ROCCIO DOMINGUEZ, Appellees**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-67454**

---

## MEMORANDUM OPINION

Appellant filed an unopposed motion to dismiss this appeal, explaining that the parties have resolved their differences. We grant Appellant's motion to

dismiss. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.